IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROBERT ALLEN     PLAINTIFF

V.     CASE NO. 3:15-CV-3064

MIKE MOORE, Sheriff, Boone County
Sheriff's Department; BOONE COUNTY
DETENTION CENTER; STATE OF ARKANSAS;
BOONE COUNTY PROSECUTOR'S OFFICE;
and PAUL WOODRUFF, Chief of Police,
Harrison Police Department     DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 14) filed in this case on November 6, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the claims against Separate Defendant State of Arkansas are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims against all other Defendants remain for further resolution.

**IT IS SO ORDERED** on this 11th day of January, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE